| | |
|---|---|
| Charles M. Lizza<br>William C. Baton<br>SAUL EWING ARNSTEIN & LEHR LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, NJ 07102<br>(973) 286-6700<br>clizza@saul.com<br>wbaton@saul.com<br><br>*Attorneys for Plaintiffs*<br>*Sucampo GmbH, Sucampo Pharmaceuticals, Inc., Sucampo Pharma Americas LLC, Sucampo Pharma LLC, Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals USA, Inc., and Takeda Pharmaceuticals America, Inc.* | *Of Counsel*:<br><br>Preston K. Ratliff II<br>Joseph M. O'Malley, Jr.<br>Dana Weir<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000<br><br>*Attorneys for Plaintiffs*<br>*Sucampo GmbH, Sucampo Pharmaceuticals, Inc., Sucampo Pharma Americas LLC, and Sucampo Pharma LLC*<br><br>William F. Cavanaugh<br>Zhiqiang Liu<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 336-2000<br><br>*Attorneys for Plaintiffs*<br>*Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals USA, Inc., and Takeda Pharmaceuticals America, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUCAMPO GMBH, SUCAMPO PHARMACEUTICALS, INC., SUCAMPO PHARMA AMERICAS LLC, SUCAMPO PHARMA LLC, TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS USA, INC. and TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>                    Plaintiffs,<br>          v.<br>ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>                    Defendant. | **Civil Action No. _____**<br><br>**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS SUCAMPO GMBH, SUCAMPO PHARMACEUTICALS, INC., SUCAMPO PHARMA AMERICAS LLC, AND SUCAMPO PHARMA LLC**<br><br>**(Filed Electronically)** |

Pursuant to Federal Rule of Civil Procedure 7.1, Sucampo GmbH, Sucampo Pharmaceuticals, Inc., Sucampo Pharma Americas LLC, and Sucampo Pharma, LLC state as follows:

1. Plaintiff Sucampo GmbH is a wholly-owned subsidiary of Sucampo Pharmaceuticals, Inc.

2. Plaintiff Sucampo Pharma, LLC is a wholly-owned subsidiary of Sucampo Pharmaceuticals, Inc.

3. Plaintiff Sucampo Pharma Americas LLC is a wholly-owned subsidiary of Sucampo Pharmaceuticals, Inc.

4. Plaintiff Sucampo Pharmaceuticals, Inc. is an indirect wholly-owned subsidiary of Mallinckrodt plc. Mallinckrodt plc has no parent corporation and no publicly-held company owns 10% or more of its stock.

Dated: January 28, 2020

*Of Counsel:*

Preston K. Ratliff II
Joseph M. O'Malley, Jr.
Dana Weir
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiffs
Sucampo GmbH, Sucampo
Pharmaceuticals, Inc., Sucampo Pharma
Americas LLC, and Sucampo Pharma, LLC*

By: s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiffs
Sucampo GmbH, Sucampo Pharmaceuticals,
Inc., Sucampo Pharma Americas LLC,
Sucampo Pharma LLC, Takeda
Pharmaceutical Company Limited, Takeda
Pharmaceuticals USA, Inc., and Takeda
Pharmaceuticals America, Inc.*